# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Nos. 2:21-mc-00076-KJM-DB |
| Plaintiffs, | 2:21-mc- 00077-KJM-DB |
| v. | 2:21-mc-00078-KJM-DB |
| Ronald Steven Schoenfeld et al., | 2:21-mc-00080-KJM-DB |
| Defendant & Judgment Debtors. | 2:21-mc-00082-KJM-DB |
| | 2:21-mc-00083-KJM-DB |
| | 2:21-mc-00095-KJM-DB |
| | 2:21-mc- 00096- KJM-DB |
| | ORDER |

The Government filed applications for writ of garnishment of the wages of defendant. *See generally* ECF No. 1. The pending applications are REFERRED to the assigned magistrate judge for proceedings under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(7).

All dates currently set before the undersigned are hereby VACATED.

IT IS SO ORDERED.

DATED: June 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE