IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD STEVEN SCHOENFELD, INDIVIDUALLY AND AS TRUSTEE FOR THE RONALD & JEANETTE SCHOENFELD REVOCABLE TRUST,<br><br>        Defendant and Judgment Debtor,<br><br>and<br><br>JEANETTE EDLER,<br><br>        Interested Party and Intervenor.<br><br>WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br><br>        Garnishee. | **ORDER DIRECTING CLERK TO ENTER ABSTRACT OF JUDGMENT**<br><br><br>Chief District Judge:  Hon. Kimberly J. Mueller<br><br><br>Case No. 2:21-MC-00076-KJM-DB |

///

///

///

///

ORDER DIRECTING CLERK
TO ENTER ABSTRACT OF JUDGMENT

1

Having reviewed the United States' request and for good cause appearing, IT IS HEREBY ORDERED THAT the clerk of the court is directed to enter an Abstract of Judgement on the United States' litigation surcharge of $147,629.51.

IT IS SO ORDERED.

DATED: June 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE